IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT BRYANT                                                                                    PLAINTIFF

V.                                                     CIVIL ACTION NO. 3:13CV569-WHB-RHW

ISAIAH ENTERPRISES, LLC
AND VIVIAN BATSHOUN                                                                     DEFENDANTS

AGREED JUDGEMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Robert Bryant, through his attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that Counsel for Defendants, Isaiah Enterprises, LLC and Vivian Batshoun, joins in with this motion, finds that the relief requested is well founded and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the herein styled and numbered cause be, and the same is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 14th day of February, 2014.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

Agreed and Approved:

| | |
|---|---|
| s/ Mike Farrell | s/ C. Louis Clifford IV |
| Mike Farrell (MSB# 5147) | C. Louis Clifford IV (MSB# 99545) |
| Mike Farrell, PLLC | Clifford Law Firm, PLLC |
| Regions Plaza, Suite 2180 | Post Office Box 1099 |
| 210 E. Capital Street | Jackson, Mississippi 39215 |
| Jackson, Mississippi 39201 | Email: louis@clifford-law.com |
| Email: mike@farrell-law.net | |